IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA KAY KOEBER,<br><br>        Plaintiff,<br><br>  vs.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education;  U.S. DEPARTMENT OF EDUCATION,  SLOAN SERVICING, and NELNET, INC.,<br><br>        Defendants. | **4:25CV3230**<br><br><br>**ORDER APPROVING STIPULATION AND ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Joint Stipulation to Discharge Loans and Dismissal with Prejudice (Filing No. 22). Upon considering the Stipulation and being otherwise fully advised of the premises, the Stipulation is hereby approved, and the case is dismissed with prejudice.

**IT IS ORDERED:**[1]

1. Pursuant to Plaintiff's Application for Total and Permanent Disability Discharge dated May 9, 2024, and the U.S. Department of Education's Office of Federal Student Aid's administrative approval thereof, Plaintiff's FFEL Stafford loans, itemized below in the total amount of $5,630.00, have been discharged effective July 11, 2024:

   a. FFEL Stafford unsubsidized loan in the amount of $886.00;

   b. FFEL Stafford unsubsidized loan in the amount of $2,003.00;

   c. FFEL Stafford subsidized loan in the amount of $452.00;

   d. FFEL Stafford subsidized loan in the amount of $1,308.00; and

   e. FFEL Stafford subsidized loan in the amount of $981.00.

---

[1] All capitalized terms which are not specifically defined herein shall have the same meaning ascribed to them in the Stipulation (Filing No. 22).

2.  Plaintiff's current balance due, including interest, on the aforementioned loans is zero.

3.  Pursuant to 34 C.F.R. § 682.402(c)(6), Plaintiff is subject to a three-year post-discharge monitoring period beginning on July 11, 2024 and ending on July 11, 2027.

4.  If Plaintiff receives a new student loan under the Direct Loan Program during this three-year monitoring period, Plaintiff's obligation to repay the aforementioned discharged loans will be reinstated pursuant to 34 C.F.R. § 682.402(c)(6).

5.  The three-year post-discharge monitoring period is the only condition applicable to the "Discharged with Conditions" reference shown on Plaintiff's account on the studentaid.gov website.

6.  Pursuant to Fed.R.Civ.P. 41(a), the above-captioned action shall be deemed to be dismissed with prejudice, with the Parties to bear their own costs, attorneys' fees or other expenses in this matter.

7.  The Court shall retain jurisdiction to enforce the terms of the Stipulation.

    Dated this 27th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2